(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pohl, Christopher L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-9056** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1001 Central Avenue #7**<br>**Bradley Beach, NJ 07720** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:  **Monmouth** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7     ☐ Chapter 11     ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business     ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)          THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**(Official Form 1) (12/03)**     **FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Pohl, Christopher L.**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Christopher L. Pohl**
Signature of Debtor **Christopher L. Pohl**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 18, 2004**
Date

### Signature of Attorney

X    **/s/ Mr. Herbert B. Raymond, Esq.**
Signature of Attorney for Debtor(s)
**Mr. Herbert B. Raymond, Esq. Hr#1379**
Printed Name of Attorney for Debtor(s)
**Mr. Herbert B. Raymond, Esq.**
Firm Name
**7 Glenwood Avenue, 4th Floor**
**East Orange, NJ 07017**
Address
**973-675-5622  Fax: 973-675-5688**
Telephone Number
**March 18, 2004**
Date

### Signature of Debtor (Corporation/Partnership)
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ Mr. Herbert B. Raymond, Esq.**    **March 18, 2004**
Signature of Attorney for Debtor(s)    Date
**Mr. Herbert B. Raymond, Esq.**

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

```
Capital One
PO Box 85015
Richmond, VA 23285-5015


Capital One
PO Box 26074
Richmond, VA 23260


Capital One
1957 Westmoreland Rd.
Richmond, VA 23276


Capital One
PO Box 85617
Richmond, VA 23276-0001


Capital One
PO Box 85523
Richmond, VA 23285


Cingular Wireless
15901 East Skully Drive
Tulsa, OK 74116


Countrywide Home Loans
PO Box 660694
Dallas, TX 75266-0694


Countrywide Home Loans, Inc.
PO Box 260489
Plano, TX 75026-0489


Countrywide Home Loans, Inc.
PO Box 10221
Van Nuys, CA 91410


Discover
PO Box 6013
Dover, DE 19903-6013


Discover
PO Box 15162
Wilmington, DE 19880-1562
```

```
Discover
PO Box 3008
New Albany, OH 43054


Discover
PO Box 15251
Wilmington, DE 19886


Discover Card
PO Box 15192
Wilmington, DE 19886-1020


First USA
PO Box 1912
Merrifield, VA 22116-1912


First USA
900 North Market Street
Wilmington, DE 19801


First USA
PO Box 182370
Columbus, OH 43218-2370


First USA Bank
PO Box 530807
Atlanta, GA 30353-0807


GNC
Attn: Bressler, Duyk, et. al.
60 State Highway 27
Edison, NJ 08820


GNC
Attn: Bressler, Duyk, et. al.
1955 Washington Valley Rd.
Martinsville, NJ


Higher Education



Household Bank
PO Box 438
Wood Dale, IL 60191
```

```
Household Bank
PO Box 88000
Baltimore, MD 21288-0001


Household Bank
PO Box 98706
Las Vegas, NV 89193


Household Bank
PO Box 80083
Salinas, CA 93912


Household Credit Services
PO Box 2010
Chesapeake, VA 23327-2010


Internal Revenue Service
Special Procedures Function
PO Box 724
Springfield, NJ 07081


Internal Revenue Service
PO Box 724
Springfield, NJ 07081-0724


Internal Revenue Service
P.O. Box 745
District Director
Chicago, IL 60690


Macy's
P.O. Box 4564
Carol Stream, IL 60197-4564


Macy's
9111 Duke Blvd.
Mason, OH 45040


Macy's
5300 Kings Island Drive
Mason, OH 45040


Macy's
PO Box 8217
Mason, OH 45040
```

```
Mercedes Benz
Seven Village Circle
Suite 300
PO Box 685
Roanoke, TX 76262


Mercedes Benz
Seven Village Circle
Suite 300
PO Box 685
Roanoke, TX 76262


NCO Financial Systems, Inc.
PO Box 41457
Philadelphia, PA 19101


NCO Financial Systems, Inc.
515 Pennsylvania Ave.
Fort Washington, PA 19034


Pier One Imports, Inc.
Please supply address


Sallie Mae Servicing
PO Box 9500
Wilkes-Barre, PA 18773-9500


Sallie Mae Servicing
PO Box 59012
Panama City, FL 32412


Sallie Mae Servicing
PO Box 4700
Wilkes Barre, PA 18773


Sherman Acquistions
PO Box 740281
Houston, TX 77274


US Department of Education
```